IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

## DEFENDANT, AMFELS, INC.'S
## DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Amfels, Inc., Defendant in the above-entitled and -numbered cause, and

designates the following persons/entities as having a financial interest in the outcome of this matter:

1.   Luis Velasco - Plaintiff

2.   Anthony G. Buzbee - Counsel for Plaintiff
     The Buzbee Law Firm, P.C.
     2401 W. Parkwood Avenue
     Suite B
     Friendswood, TX   77546

3.   Amfels, Inc. - Defendant
     P.O. Box 3107
     Brownsville, Texas 78523-3107

4.   Royston, Rayzor, Vickery & Williams, L.L.P. - Counsel for Defendant
     55 Cove Circle
     P.O. Box 3509
     Brownsville, TX   78523-3509

5.   De Val Construction d/b/a AD Welding Company - Plaintiff's employer
     7685 Victoria Court
     Brownsville, TX   78521

51839:1111706.1:070704

Respectfully submitted,

By: _____

Keith N. Uhles, #20371100
Sara Barrientes, #24040478
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX   78521
(956) 542-4377
(956) 542-4370 - FAX

ATTORNEYS FOR DEFENDANT,
AMFELS, INC.

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the _____ day of July, 2004, deposited a true and correct copy of the foregoing document via **CERTIFIED MAIL-RRR** to the following counsel of record:

Mr. Anthony G. Buzbee
The Buzbee Law Firm, P.C.
2401 West Parkwood Avenue
Suite B
Friendswood, TX   77546

_____
**Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**