```
United States District Court
Southern District of Texas
         FILED
     AUG 1 3 2004
    Michael N. Milby
     Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § § | |
| VS. | § § | Case Number: B-04-097 |
| AMFELS, INC. | § | |

### JOINT REPORT OF THE MEETING AND
### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f), FEDERAL RULES OF CIVIL PROCEDURE

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

    The telephonic meeting took place on August 6, 2004.

    Plaintiff's counsel attending the meeting:

    Joseph Jaworski

    Defendant's counsel attending the meeting:

    Sara Barrientes

2. **List the cases related to this one that are pending in any state or federal court with the case number and court, and state how they are related.**

    None.

3. **Specify the allegation of federal jurisdiction.**

    Admiralty and general maritime law.

51839:1115122.1:081104

4. **Name the parties who disagree and the reasons.**

   The Defendant disagrees with the allegation of jurisdiction. Because the Defendant is a subscriber under the Longshore & Harbor Workers' Compensation Act, the Plaintiff's only remedy is through the Act's Administrative scheme.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   The Plaintiff anticipates adding additional parties, and will do so, if able to, after it investigates and discovers the identification of said parties.

6. **List anticipated interventions.**

   None at this time.

7. **Describe class-action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Plaintiff has not made its initial disclosures, he will do so within 14 days after the completion of the pre-trial conference.

   Defendant has made its initial disclosures.

9. **Describe the proposed agreed discovery plan, including:**

   a. **Responses to all the matters raised in Rule 26(f).**

      Counsel are in basic agreement about the issues presented in Rule 26(f) and will abide by the Local Rules or Court Order.

b. **When and to whom Plaintiff anticipates it may send interrogatories.**

To Defendant within 60 days of submission of this plan.

c. **When and to whom Defendant anticipates it may send interrogatories.**

To Plaintiff within 60 days of submission of this plan.

d. **Of whom and by when Plaintiff anticipates taking oral depositions.**

Plaintiff anticipates taking the depositions of all persons who witnessed the incident in question and/or have relevant knowledge of the facts and circumstances surrounding the incident in question, as well as all persons listed by Defendant as having knowledge of relevant facts. Plaintiff may also depose Plaintiff's experts and medical providers (to preserve testimony) and Defendant's experts. The identities of all possible deponents is unknown at this time.

It is anticipated that depositions will be completed within 180 days.

e. **Of whom and by when Defendant anticipates taking oral depositions.**

Defendant anticipates deposing Plaintiff, and any and all witnesses who were working with the Plaintiff on the day of the incident in question. Defendant also anticipates deposing any other witnesses Plaintiff identifies as having knowledg of relevant facts, Plaintiff's expert(s), medical providers, as well as Defendant's expert(s), if any. The identities of all possible deponents is unknown at this time.

It is anticipated that depositions will be completed within 210 days.

f. **(i) When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide reports required by Rule 26(a)(2)(B) and (ii) when the opposing party will be able to designate responsive experts and provide their reports.**

(i) Within 180 days of the initial pre-trial conference.

(ii) Forty-five (45) days after the designation of Plaintiff's expert and the receipt of his/her report.

g.  List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   None anticipated at this time.

h.  List expert depositions Defendant (or opposing party) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   None anticipated at this time.

10. **If the parties are not agreed on a part of the discovery plan, describe separate views and the proposals of each party.**

    Not applicable.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    None.

12. **State the date the planned discovery can reasonably be completed.**

    Within 270 days.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    The parties have not discussed settlement at this point.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    Not applicable at this time.

15. **From the attorneys' discussion with their clients, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.**

    The parties may be amenable to mediation or some other form of alternative dispute resolution.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties are in the process of determining whether they can agree to proceed before a magistrate and will supplement this response.

17. **State whether a jury demand has been made and if it was made on time.**

    None made.

18. **Specify the number of hours it will take to present the evidence in this case.**

    The Parties anticipate it will take 36 hours to present the evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    None at this time.

20. **List other motions pending.**

    Not applicable at this time.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.**

    None at this time.

22. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

Counsel for Plaintiff:

*Joseph S. Jaworski / by perm. SJB*

Joseph S. Jaworski
State Bar No. 10593200
Federal I.D. No. 14888
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546
Tel: (281) 992-5393
Fax: (281) 992-5392

Counsel for Defendant:

*Sara Barrientes*

Keith N. Uhles
State Bar No. 20371100
Federal I.D. No. 1936
Sara Barrientes
State Bar No. 24040478
Federal I.D. No. 37134
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, TX 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by facsimile and U.S. Mail on the ____ day of August, 2004, to:

Joseph S. Jaworski
2401 W. Parkwood Avenue, Suite B
Friendswood, Texas 77546

*Sara Barrientes*

Of Royston, Rayzor, Vickery & Williams, L.L.P.