# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District
Southern District of Te.
FILED

AUG 2 3 2004

Michael N. Milby
Clerk of Court

## NOTICE OF RE-SETTING

| | | |
|---|---|---|
| VELASCO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  B-04-097 |
| | § | |
| AMFELS, INC. | § | |

TYPE OF CASE:   __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                         RESET TO DATE AND TIME:

**August 27, 2004 @ 9:30 a.m.**                                       **September 10, 2004 @ 10:30 a.m.**

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE:  August 20, 2004

TO:  ALL COUNSEL OF RECORD