IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS VELASCO | § |
| | § |
| VS. | § CIV. NO. B-04-097 |
| | § |
| | § PURSUANT TO RULE 9(h) OF THE |
| | § THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § PROCEDURE – ADMIRALTY |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff LUIS VELASCO and respectfully shows this Honorable Court the following:

Plaintiff no longer wishes to pursue his claims at this time. Pursuant to Federal Rule 41(a)(1), Plaintiff moves to dismiss his case without prejudice.

Respectfully submitted,

THE BUZBEE LAW FIRM

By: _____
Joseph S. Jaworski
State Bar No. 10593200
2401 W. Parkwood Ave., Suite B.
Friendswood, Texas 77546
Tel: (281) 992-5393
Fax: (281) 992-5392

ATTORNEY FOR PLAINTIFF
LUIS VELASCO

OF COUNSEL:
Anthony G. Buzbee
State Bar No. 24001820

## CERTIFICATE OF CONFERENCE

I conferred with counsel for Defendant, Keith Uhles, and I certify that he stated his client is unopposed to this motion.

_____
Joseph S. Jaworksi

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served, via certified mail, return receipt requested and/or facsimile transmission, on this the 9th day of September, 2004, on the following:

Keith Uhles
Royston, Rayzor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

_____
Joseph S. Jaworksi