IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS VELASCO | § | |
| | § | |
| VS. | § | CIV. NO. B-04-097 |
| | § | |
| | § | PURSUANT TO RULE 9(h) OF THE |
| | § | THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § | PROCEDURE – ADMIRALTY |

## ORDER OF DISMISSAL, WITHOUT PREJUDICE

ON THIS DATE came on to be heard Plaintiff, LUIS VELASCO'S Motion to Dismiss, Without Prejudice, his claims against Defendant, AMFELS, INC., and the Court, after reviewing the evidence necessary to dispose of this motion, is of the opinion that said motion is meritorious and should be GRANTED.

IT IS, therefore, ORDERED that the claims of Plaintiff, LUIS VELASCO be, and are hereby, dismissed, without prejudice to the refiling of same.

DONE on this ___ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE