IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 09 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS F. VELASCO | § § § | |
| VS. | § | Case Number: B-04-097 |
| AMFELS, INC. | § § | |

**UNOPPOSED MOTION OF ATTORNEY**
**PURSUANT TO LOCAL RULE 1**

The undersigned, Javier González, attorney at law licensed to practice law in the State of Texas and admitted to the United States District Court for the Southern District of Texas hereby requests:

1.  Leave to appear as attorney for Defendant, **AMFELS, INC.**, for the Initial Pretrial Conference set on September 10, 2004 at 10:30 a.m. in the above-captioned litigation and submits to the jurisdiction of this Court for discipline purposes and to the local Rules, and certifies that the undersigned counsel will be available for the hearings.

2.  That the undersigned attorney of record, Javier González is a member in good standing of the State Bar of Texas, admitted to practice before the United States District Court for the Southern District of Texas.

3.  In support of this motion, the undersigned, Javier González represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action by a court of record.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned prays that leave of court be granted for the admission of Javier González as attorney for Defendant, **AMFELS, INC.**

51839:1121103.1:090904

-1-

to appear for the Initial Pretrial Conference set on September 10, 2004 at 10:30 a.m. and for other and further relief to which the undersigned may show himself justly entitled.

Respectfully submitted,

By: _____
Keith N. Uhles
Texas State Bar No. 20371100
Federal ID No. 1936
Sara Barrientes
Texas State Bar No. 24040478
Federal ID No. 37134
**ATTORNEYS FOR DEFENDANT,
AMFELS, INC.**

By: _____
Javier González
Texas State Bar No. 00787561
Federal I.D. No. 19712
PROPOSED CO-COUNSEL TO ACT AS
ATTORNEY FOR DEFENDANT,
**AMFELS, INC.**

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
55 Cove Circle
Brownsville, TX 78521
(956) 542-4377
(956) 542-4370 - FAX

51839:1121103.1:090904                         -2-

**CERTIFICATE OF CONFERENCE**

    I so state that I have conferred with Plaintiff's attorney's office and they have indicated that they are not opposed to this motion.

Dated: September \_\_\_\_\_, 2004.

_____
Javier González

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record by the method indicated below on this the \_\_\_\_\_ day of September, 2004.

Hon. Anthony G. Buzbee
Hon. Joseph S. Jaworski
The Buzbee Law Firm, P.C.
2401 West Parkwood Avenue
Suite B
Friendswood, TX   77546
**Via Facsimile:  (281) 992-5392 &
Regular U.S. Mail**

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.