IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

**ORDER GRANTING LEAVE TO APPEAR**
**PURSUANT TO LOCAL RULE 1**

On this day came on to be heard the Unopposed Rule 1 Motion of Javier González to appear as attorney-in-charge for Defendant, **AMFELS, INC.**, and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Javier González be granted leave to appear as attorney for Defendant, **AMFELS, INC.** for the specific purpose of attending the Initial Pretrial Conference set on September 10, 2004 at 10:30 a.m. (or any date it is reset) and he shall be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that he shall be available for hearings on 48 hours notice.

DONE at Brownsville, Texas this 10th day of September, 2004.

_____
**UNITED STATES DISTRICT JUDGE**