IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 1 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

LUIS VELASCO §
§
VS. § CIVIL ACTION NO. B-04-097
§
AMFELS, INC. §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.    ■Bench   ☐ Jury

2. New parties must be joined by:                                   December 17, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   March 11, 2005

4. The defendant's experts must be named with a report furnished by:   April 15, 2005

5. Discovery must be completed by:                                 June 17, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                          June 1, 2005
   Motion for Summary Judgment filed by:                          October 8, 2004
   Response due by:                                               November 12, 2004

   Non-Dispositive Motions will be filed by:                      July 16, 2005

*************************   The Court will provide these dates.   *************************

7. Joint pretrial order is due:                                    July 16, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial Conference is set for 1:30 p.m. on:             August , 2005

The case will remain on standby until tried.

Signed this the __10th__ day of __September__, 2004.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD