IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy

| | | |
|---|---|---|
| LUIS VELASCO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-097 |
| | § | |
| AMFELS, INC. | § | |

## ORDER

The plaintiff has indicated that he wishes to withdraw his Unopposed Motion to Dismiss Without Prejudice.

THEREFORE, this motion is denied without prejudice.

Signed this 30th day of September, 2004.

Andrew S. Hanen
United States District Judge