United States District Court
Southern District of Texas
FILED

OCT - 8 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

## DEFENDANT, AMFELS, INC.'S
## MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **AMFELS, INC.** ("Amfels") and files this its Motion for Summary Judgment pursuant to the Federal Rule of Civil Procedure 56 and would show more fully as follows:

1. The Plaintiff, Luis F. Velasco ("Plaintiff"), a harbor worker, asserts in this lawsuit that Amfels was negligent and thereby caused his injuries.

2. Plaintiff was employed by De-Val Construction, Ltd. d/b/a A.D. Welding Company, and was a borrowed servant of Amfels. Thus, the cause of action against Amfels is precluded by the statutory scheme of § 905 of the Longshore & Harbor Workers' Compensation Act (LHWCA).

3. Amfels is entitled to summary judgment because Plaintiff's sole remedy against Amfels is for compensation benefits under the Longshore & Harbor Workers' Compensation Act in an action before the United States Department of Labor.

4. The grounds for Amfels' motion are more fully set forth in the accompanying Brief and attached Exhibits, which are incorporated herein by reference.

51839:1110713.1:100804

## PRAYER

**WHEREFORE, PREMISES, ARGUMENTS AND AUTHORITIES CONSIDERED,**

Defendant, **Amfels, Inc.** moves this Court to render summary judgment as a matter of law on all issues brought by Plaintiff, as to all parties, and all theories, dismiss his claim with prejudice, and award Amfels costs and other relief to which it may be justly entitled.

Respectfully submitted,

By: *Sara Barrientes*

Keith N. Uhles
Texas Bar No. 20371100
Federal ID No. 1936
Sara Barrientes
Texas Bar No. 24040478
Federal ID No. 37134
**ATTORNEYS FOR DEFENDANT, AMFELS, INC.**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
Brownsville, TX   78521
(956) 542-4377
(956) 542-4370 - FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 8th day of October, 2004, deposited a true and correct copy of the foregoing in the United States Certified Mail, Return Receipt Requested, and properly addressed to:

Hon. Anthony G. Buzbee
Hon. Joseph Jaworski
The Buzbee Law Firm, P.C.
104 21st Street
Galveston, Texas 77550

*Sara Barrientos*
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P