IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

## ORDER GRANTING DEFENDANT, AMFELS, INC.'S MOTION FOR SUMMARY JUDGMENT

ON THIS DAY came on to be heard Defendant, **AMFELS, INC.**'s Motion for Summary Judgment. The Court, after considering said motion, all pleadings on file and the argument of counsel finds that said motion should be in all things granted. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Defendant, Amfels, Inc.'s Motion for summary Judgment is hereby **GRANTED** in its entirety and the above entitled cause filed against Amfels, Inc. is dismissed with prejudice.

**SIGNED FOR ENTRY** on this the _____ day of _____, 2004.

_____
**JUDGE PRESIDING**

**COPIES:**

Hon. Keith N. Uhles/Hon. Sara Barrientes
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX  78523-3509

Hon. Anthony G. Buzbee
The Buzbee Law Firm, P.C.
2401 West Parkwood Avenue
Suite B
Friendswood, TX  77546