IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

### ORDER SETTING HEARING

**IT IS HEREBY ORDERED** that Defendant, **AMFELS, Inc.**'s Motion for Summary Judgment be and is hereby set for hearing on the _____ day of _____, 2004, at _____ o'clock ____.m. in the United States District Court, Southern District of Texas, Galveston Division.

**SIGNED FOR ENTRY** on this the _____ day of _____, 2004.

_____
**JUDGE PRESIDING**

**COPIES:**

Hon. Keith N. Uhles/Hon. Sara Barrientes
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
Brownsville, TX 78523-3509

Hon. Anthony G. Buzbee
The Buzbee Law Firm, P.C.
2401 West Parkwood Avenue
Suite B
Friendswood, TX 77546