## A.D. WELDING COMPANY WORK ASSIGNMENT AGREEMENT

I, Luis Velasco  HEREBY AGREE TO BE ASSIGNED TO WORK AT **AMFELS, INC.** INCLUDING BUT NOT LIMITED TO ITS SAFETY RULES AND REGULATIONS AND ITS SUBSTANCE ABUSE POLICIES.

I UNDERSTAND THAT I WILL BE UNDER THE CONTROL AND DIRECTION OF AMFELS, INC. I UNDERSTAND THAT MY JOB ASSIGNMENTS WILL BE GIVEN TO ME BY **AMFELS, INC.** ITS EMPLOYEES OR AGENTS AND THAT ANY WORK I PERFORM IS SUBJECT TO AMFELS, INC. APPROVAL.

I FUTHER UNDERSTAND THAT DURING MY ASSIGNMENT TO AMFELS, INC. I WILL BE A BORROWED SERVANT OF **AMFELS, INC.** AND THAT **AMFELS, INC.** WILL BE MY BORROWING EMPLOYER FOR THE PURPOSE OF BOTH THE TEXAS WORKER'S COMPENSATION ACT AND THE LONGSHORE AND HARBOR WORKER'S COMPENSATION ACT AND ANY OTHER MARITIME LAWS, INCLUDING BUT NOT LIMITED TO THE JONES ACT. I FUTHER UNDERSTAND MY SOLE REMEDY IN THE EVENT I AM INJURED WHILE WORKING AT **AMFELS, INC.** WILL BE MY WORKER'S COMPENSATION BENEFITS.

I FUTHER UNDERSTAND THAT BY ME AGREEING TO BE A BORROWED SERVANT OF **AMFELS, INC.** AND BY ME AGREEING TO ACCEPT AS MY SOLE REMEDY WORKER'S COMPENSATION BENEFITS, IN THE EVENT I AM INJURED WHILE WORKING AT **AMFELS, INC.** I AM WAVING ANY AND ALL COMMON LAW STATUTORY CAUSES OF ACTION THAT I MAY HAVE AGAINST **AMFELS, INC.** FOR ANY INJURY OR ACCIDENT THAT I COULD SUSTAIN WHILE PERFORMING WORK FOR **AMFELS, INC.**

_____   9-17-03
SIGNATURE                         DATE

**DEFENDANT'S EXHIBIT A-2**

## A.D. WELDING COMPANY
### ACUERDO DEL ASIGNAMENTO DE TRABAJO PROVISIONAL

YO, __Luis Velasco__, ESTOY DE ACUERDO EN SER ASIGNADO PARA TRABAJAR EN **AMFELS, INC.** Y DE OBEDECER LAS REGLAS Y REGLAMENTOS DE AMFELS, INC., INCLUYENDO PERO NO LIMITADAS A LAS REGLAS Y REGLAMENTOS DE SEGURIDAD Y LAS POLIZAS DE DROGAS.

YO ENTIENDO QUE ESTARE BAJO EL CONTROL Y DIRECION DE **AMFELS, INC.** YO ENTIENDO QUE LOS TRABAJOS ASIGNADOS A MI ME LOS DARA **AMFELS, INC.**

ADEMAS, YO ENTIENDO QUE **AMFELS, INC.** TIENE EL DERECHO DE TERMINAR MIS SERVICIOS EN CUALQUIER TIEMPO Y A SU UNICA DISCRECION.

ADEMAS, YO ENTIENDO QUE DURANTE MI ASIGNACION CON **AMFELS, INC.** YO SERE UN SIRVIENTE PRESTADO DE AMFELS, INC. Y QUE **AMFELS, INC.** SERA MI PATRON PROVISIONAL PARA EL FIN DE COMPENSACION BAJO EL ACTA DE TEXAS WORKER'S COMPENSATION Y EL ACTA DE LONGSHORE AND HARBOR COMPENSATION Y CUALQUIER OTRA LEY MARINA, INCLUYENDO PERO NO LIMITADA A LA LEY BAJO EL JONES ACT. YO ENTIENDO QUE MI UNICO REMIDIO EN CASO QUE YO SEA LESIONADO CUANDO ESTE TRABAJANDO CON **AMFELS, INC.** SERA MIS BENEFICIOS BAJO COMPENSACION PARA TRABAJADORES.

YO ENTIENDO QUE AL ESTAR DE ACUERDO CON SER UN SIRVIENTE PRESTADO DE **AMFELS, INC.** Y AL ESTAR DE ACUERDO EN ACEPTAR COMO UNICO REMEDIO LAS COMPENSACIONES PARA TRABAJADORES EN CASO DE QUE YO ME ACIDENTE AL ESTAR TRABAJANDO CON **AMFELS, INC.** RENUNCIO CUALQUIER Y TODA LEY COMUN Y CAUSAS DE ACCION ESTATUARIAS QUE YO TENGA EN CONTRA DE **AMFELS, INC.** POR CUAL QUIER LESION O ACIDENTE QUE RECIBA AL ESTAR TRABAJANDO PARA **AMFELS, INC.**

_____
FIRMA

9-17-03
FECHA