IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § § | |
| VS. | § § | Case Number: B-04-097 |
| AMFELS, INC. | § | |

### AFFIDAVIT OF ALFREDO DE LA FUENTE

**STATE OF TEXAS**        §
                          §
**COUNTY OF CAMERON** §

**BEFORE ME**, the undersigned authority, personally came and appeared **Alfredo De La Fuente**, of De-Val Construction, Ltd. d/b/a A.D. Welding Company, who after being duly sworn, did depose and say:

"My name is Alfredo De La Fuente. I am over 18 years of age and I have personal knowledge of the following facts, which are true and correct:

1. The Employer's First Report of Injury or Occupational Illness (Form LS-202) is a true and correct copy of the form sent to the U.S. Department of Labor on February 10, 2004. <u>The Report is attached hereto as Exhibit "B1."</u>

2. The Employee's Claim for Compensation of Mr. Velasco (Form LS-203) is a true and correct copy of the form sent to the U.S. Department of Labor on May 19, 2004. <u>The Claim is attached hereto as Exhibit "B2."</u>

51839:1123494.1:100704

**DEFENDANT'S EXHIBIT B**

3. The Notice to Employer and Insurance Carrier that Claim has Been Filed (Form LS-215a) is a true and correct copy of the letter sent to between De-Val Construction, Ltd. d/b/a A.D. Welding Company on June 2, 2004 from the U.S. Department of Labor. <u>The Notice is attached hereto as Exhibit "B3."</u>

4. I am personally familiar with the above-mentioned documents, which prove that Mr. Velasco has applied for compensation benefits under the Longshoremen's and Harbor Workers' Compensation Act.

Further affiant sayeth naught.

_____
Alfredo De La Fuente

**SUBSCRIBED AND SWORN TO BEFORE ME** on this the  7th  day of October, 2004.



_____
Notary Public, State of Texas

My Commission Expires: 1/24/05