# Employer's First Report of Injury or Occupational Illness

(See instructions on reverse - Leave items 1 and 2 blank)

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

OMB No. 1215-0031

| Field | Entry |
|---|---|
| 1. OWCP No. | |
| 2. Carrier's No. | |
| 3. Date and Time of Accident | Mo. 2 / Day 07 / Yr. 04 / Hour 2:00 PM |
| 4. Name of Injured/Deceased Employee | Luis Velasco |
| Telephone | 554-3513 |
| 5. Employee's Address | 564 Azteca, Brownsville TX 78521 |
| 6. Injury is Reported Under the Following Act | A. ☒ Longshore and Harbor Workers' Compensation Act; B. ☐ Defense Base Act; C. ☐ Nonappropriated Fund Instrumentalities Act; D. ☐ Outer Continental Shelf Lands Act |
| 7. Indicate Where Injury Occurred (Longshore Act only) | A. ☒ Aboard Vessel or Over Navigable Waters; B. ☐ Pier/Wharf; C. ☐ Dry Dock; D. ☐ Marine Terminal; E. ☐ Building Way; F. ☐ Marine Railway; G. ☐ Other Adjoining Area |
| 8. Sex | ☒ M  ☐ F |
| 9. Date of Birth | 9-20-74 |
| 10. Social Security No. | 612-13-1191914 |
| 11. Did Injury Cause Death? | ☒ No  ☐ Yes |
| 12. Did Injury Cause Loss of Time Beyond Day or Shift of Accident? | ☐ Yes  ☒ No |
| 13. Date and Hour Employee First Lost Time Because of Injury | N/A |
| 14. Did Employee Stop Work Immediately? | ☒ Yes  ☐ No |
| 15. Date and Hour Employee Returned to Work | 2-07-04 |
| 16. Was Employee Doing Usual Work When Injured/Killed? | ☒ Yes  ☐ No |
| 17. Did Injury/Death Occur on Employer's Premises? | ☒ Yes  ☐ No |
| 18. Dept. in Which Employee Normally Works(ed) | Production |
| 19. Occupation | Elect. Hlp. (9-02-03) |
| 20. Date and Hour Pay Stopped | N/A |
| 21. Which Days Usually Worked Per Week? | S ☐ M ☒ T ☒ W ☒ T ☒ F ☒ S ☐ |
| 22. Date Employer or Foreman First Knew of Accident | 2-07-04 |
| 23. Wages or Earnings | a. Hourly $6.50 |
| 24. Exact Place Where Accident Occurred | AmFels Inc. P.O. Box 3107 Brownsville TX |
| 25. How was Knowledge of Accident or Occupational Illness Gained? | Reported to First Aid. |

26. Describe in full how the accident occurred:
States he hurt his back on a strong back when he slipped and almost fell in a hole.

27. Nature of Injury: c/o pain to tailbone.

| Field | Entry |
|---|---|
| 28. Has Medical Attention Been Authorized? | ☒ Yes ☐ No |
| 29. Enter Date of Authorization | 2-10-04 |
| 30. Was First Treating Physician Chosen by Employee? | ☒ Yes ☐ No |
| 31. Has Insurance Carrier Been Notified? | ☒ Yes ☐ No |
| 32. Physician | Dr. Tin Aung / Well Care Occupational Medical Clinic — 2934 International Blvd. Brownsville TX 78521 |
| 33. Hospital | |
| 34. Insurance Carrier | Alma c/o FARA — 4500 Clearview Parkway Ste. 209 Metairie LA 70006 |
| 35. Employer | A.D. Welding — P.O. Box 3214 Brownsville Tx 78523 |
| 36. Nature of Employer's Business | Contracting Business |
| 37. Signature of Person Authorized to Sign for Employer | Alfredo De La Fuente |
| 38. Official Title of Person Signing This Report | President |
| 39. Date of This Report | 2-10-04 |

**DEFENDANT'S EXHIBIT B-1**

Form LS-202
Rev. Oct. 1996