B-04-CV-097

**Employee's Claim for Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

**See Instructions On Reverse**

OMB No.1215-0160

| 3. Name of person making claim (Type or print) | 1. OWCP No. 8-123936 |
|---|---|
| First **Luis**  Middle Initial **F.**  Last **Velasco** | 2. Carrier's No. |

| 5. Claimant's address (number, street, city, state, ZIP code) | 4. Date of injury (Mo./day/yr.) |
|---|---|
| **375 Billy Mitchell Blvd.  Apt 1501  Brownsville, Texas  78521** | **February 7, 2004** |
| | 6. Marital Status **Married** |

| 7. Sex ☒ Male ☐ Female | 8. Age or date of birth (Mo./day/yr.) **September 20, 1974** | 9. Social Security Number (Required by law) **629  38  1994** | 10. Did injury cause loss of time beyond day or shift of accident? ☒ Yes ☐ No |
|---|---|---|---|

| 11. On date of injury give **7** | a. Hour began work ☒ AM ☐ PM | b. Hour of accident **1** ☐ AM ☒ PM | c. Did you stop work immediately? ☒ Yes ☐ No | 12. Date and hour pay stopped? ☐ AM ☐ PM |
|---|---|---|---|---|

| 13. Date and hour you returned to work **Tried to return to work, had to quit for good on 3/18/04** | 14. Occupation (Job title; longshore worker, welder, etc.) **electricians helper** | 15. Injured while doing regular work? ☒ Yes ☐ No (If "No," explain in item 24) |
|---|---|---|

| 16. Wages or earnings when injured (include overtime allowances, etc.) | a. Weekly $ **496.00** | b. Total earnings during year immediately before injury. $ **10,000** | 17. Has 3rd party or other claim been made because of this injury? ☐ Yes ☐ No |
|---|---|---|---|

| 18. Number of years you worked for this employer **6 months** | 19. Number of days usually worked per week **7** | 20. Name of supervisor at time of accident? **Alfredo Valdez** |
|---|---|---|

| 21. Earliest date supervisor or employer knew of accident **February 7, 2004** | 22. Were you employed elsewhere during the week injured? ☐ No ☐ Yes (If "Yes," state where and when on reverse.) |
|---|---|

23. Exact place where accident occurred (Street address, city, town, name of vessel, pier, terminal, etc.)
**Amels Shipyard  Brownsville, Texas**  Name of vessel currently unknown

24. Describe in full how the accident occurred (Relate the events which resulted in the injury or occupational disease. Tell what the injured was doing at the time of the accident. Tell what happened and how it happened. Name any objects or substances involved in the accident. If more space is needed, continue on reverse.) Give full details on all factors which led or contributed to the accident. If more space is needed, continue on reverse.)

**I was arranging electrical grills in place when the grills fell onto me causing me to fall through a steel beam manhole, I fell several feet, hit my body as I fell and injured myself**

| 25. Nature of injury (name part of body affected - fractured left leg, bruised right thumb, etc. If there was a loss or loss of use of a part of the body, describe.) | **Two herniated disc L4-5 L5-S1** |
|---|---|

| 26. Have you received medical attention for this injury? ☒ Yes ☐ No (If "Yes," give name and address of doctor, clinic, hospital, etc.) **Guillermo Pechero  Rio Grande Valley Ortho Center  1005 E. Nolana Loop 78504  McAllen, TX** | 27. Were you treated by a physician of your choice? ☒ Yes ☐ No |
|---|---|

| 28. Was such treatment provided by employer? ☐ Yes ☐ No | 29. Are you still disabled on account of this injury? ☒ Yes ☐ No | 30. Have you worked during the period of disability? ☒ Yes ☐ No |
|---|---|---|

| 31. Have you received any wages since becoming disabled? ☒ Yes ☐ No (If "Yes," give dates on reverse.) | 32. Has injury resulted in permanent disability, amputation or serious disfigurement? ☒ Yes (Describe on reverse.) ☐ No |
|---|---|

| 33. Name of employer (Individual or firm name) **De-Val Construction** f/k/a A.D. welding | 34. Nature of employer's business **Contractors** |
|---|---|

| 35. Address of employer (Number, street, city, state, ZIP code) **P.O. Box 3561  Brownsville, TX 78523-3561** | 36. If accident occurred outside the U.S., state whether you are a U.S. Citizen ☒ Yes ☐ No |
|---|---|

| 37. I hereby make claim for compensation benefits, monetary and medical, under the **LHWC** Act  Signature of claimant or person acting in his/her behalf | 38. Date of this claim (Mo./day/yr.) **May 19, 2004** |
|---|---|

Section 31(a)(1) of the Longshore Act, 33 U.S.C. 931(a)(1) ... claimant or representative of a claimant who knowingly and willfully makes a false statement or ... of obtaining a benefit or payment under this Act shall be guilty of a felony, and on conviction ... by a fine not to exceed $10,000, by imprisonment for not to exceed five years, or by both.

**DEFENDANT'S EXHIBIT B-2**

Form LS-203
Rev. Sept.1998