**U.S. DEPARTMENT OF LABOR**
Employment Standards Administration
Office of Workers' Compensation Programs
Division of Longshore and Harbor Workers' Compensation
Longshore Division
8866 Gulf Freeway, Suite 140
Telephone #: (713)-943-1605
Houston, TX 77017-6528

June 2, 2004

Case No. 08-123936
Date Of Injury: 02/07/2004

De-Val Construction
P.O. Box 3561
Brownsville, TX 78523

**NOTICE TO EMPLOYER AND INSURANCE CARRIER THAT CLAIM HAS BEEN FILED**

Enclosed is a copy of a claim for compensation filed by Luis F Velasco under the Longshore & Harbor Workers' Compensation Act.

You should proceed to pay compensation promptly when due as provided by Section 14 of the Longshore and Harbor Workers' Compensation Act, and to furnish medical treatment in accordance with Sections 7(a) and (b) thereof, unless liability to pay compensation is controverted. If any installment of compensation is not paid within 14 days after it becomes due, an additional amount of ten percent of the amount due must be paid.

Section 14(d) provides that if the employer controverts the right to compensation, the employer shall file with the District Director, on or before the 14th day after having knowledge of the alleged injury or death, a notice stating that the right to compensation is controverted, the name of the claimant, the name of the employer, the date of the alleged injury or death, and the grounds upon which the right to compensation is controverted.

Forms of notice of controversy are enclosed to controvert the claim in the event that the right to compensation is denied and the claim is to be opposed. If the right to compensation is not denied, you should proceed to pay compensation immediately as required by the Act.

Sincerely,

Freddy Conley
Claims Examiner

cc: Luis F Velasco
    375 Billy Mitchell Blvd.
    Apt.# 1501
    Brownsville, TX 78521

**DEFENDANT'S EXHIBIT B-3**

Form LS-215a