IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS F. VELASCO | § | |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by Defendant's attorney-in-charge. The Plaintiff is opposed to Defendant's Motion for Summary Judgment.

*Sara Barrientes*
Keith N. Uhles
Texas Bar No. 20371100
Federal ID No. 1936
Sara Barrientes
Texas Bar No. 24040478
Federal ID No. 37134
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX  78521
(956) 542-4377
(956) 542-4370 - FAX

**ATTORNEYS FOR DEFENDANT,
AMFELS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 12th day of October, 2004, deposited a true and correct copy of the foregoing in the United States Certified Mail, Return Receipt Requested, and properly addressed to:

Hon. Anthony G. Buzbee
Hon. Joseph Jaworski
The Buzbee Law Firm, P.C.
104 21st Street
Galveston, Texas 77550

*Sara Barrientos*
OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P