IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS VELASCO | § | |
| | § | |
| | § | |
| VS. | § | CIV. NO. B-04-097 |
| | § | |
| | § | PURSUANT TO RULE 9(h) OF THE |
| | § | THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § | PROCEDURE – ADMIRALTY |

UNSWORN DECLARATION OF LUIS F. VELASCO

My name is, Luis F. Velasco, I am over the age of 21, I have never been convicted of a felony and am otherwise capable of making this Unsworn Declaration. The contents of this Declaration are based on my personal knowledge and are true and correct.

I was injured on February 7, 2004 at Amfels Shipyard while employed by De-Val Construction (formerly known as A.D. Welding Company) (herinafter "De-Val") as an electrician's helper. My supervisor, from whom I received direct orders during the work day, was electrician Alfredo Valdez. At the time of my injury, Alfredo Valdez was employed by a company other than Amfels, Inc. I believe the company that employed Mr. Valdez was called APCI. I worked exclusively with Mr. Valdez for at least 45 days prior to my injury.

I was injured on February 7, 2004 as follows: I was arranging electrical grills in place when the grills fell on to me, causing me to fall through a steel beam manhole. The manhole was supposed to be covered, but it was not. As a result, I fell several feet, hitting my body as I fell, and this fall severely injured my back.

When I applied to work for De-Val (then called AD Welding) in September of 2003, I went to De-Val's office which was approximately five miles from the Amfels Shipyard site. I



was told by a De-Val employee to sign various documents – at least ten documents, maybe more - if I wanted to work. I did not read the documents, since there was no time to read them, because the people at De-Val told me I had to go take a physical, and many workers were there trying to get work, and, after I signed the documents and filled out the papers, I was told I had to go take a physical. On the day I applied for work I remember specifically that I was told by AD Welding personnel that, despite the fact that my job would be located at Amfels Shipyard, I would be considered an employee of A.D. Welding. In fact, during my entire employment with A.D. Welding and, later De-Val, I was never told that I was working for Amfels, but I was told that I would work at a location called Amfels' Shipyard. All my documents, such as my employee's identification card, stated that I was an A.D. Welding (De-Val's previous name) employee. I attach a copy of my employee identification card hereto as Exhibit A-1.

    I worked at the Amfels site for De-Val for several months as an electrician's helper. I would rarely use the heavy equipment that was furnished for the electricians at the worksite. Instead, I furnished my own tools such as a hammer, measuring tape, electrical tester (a tool shaped like a pen to test for the presence of electricity), and pliers. I also purchased and provided my own safety equipment, including safety glasses, steel toe boots, long-sleeve work shirts, safety helmet and welding helmet.

    Having been born in the USA, I am a United States Citizen, but I was raised and educated in Mexico. At the time I began work for De-Val, I did not understand the meaning of the phrase "borrowed servant." I speak Spanish and speak and read no English. My wife, Janie, speaks English and Spanish, and she has read this Unsworn Declaration and has translated its meaning

2

to me. I am signing this Declaration, which is in English, on the understanding that my wife, who I trust, is translating it fully and correctly.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of October, 2004.

_____
LUIS VELASCO

3