## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| LUIS VELASCO | § § § | |
| VS. | § § § | **CIV. NO. B-04-097** |
| | § § | PURSUANT TO RULE 9(h) OF THE |
| | § | THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § | PROCEDURE – ADMIRALTY |

### UNSWORN DECLARATION OF JANIE VELASCO

My name is, Janie Velasco, I am over the age of 21, I have never been convicted of a felony and am otherwise capable of making this Unsworn Declaration. The contents of this Declaration are based on my personal knowledge and are true and correct.

I am a ~~citizen of the United States~~ Legal Resident JV. of America, and I read and write both English and Spanish fluently. I am the wife of Luis Velasco, Plaintiff in C.A. No. B-04-097, Luis Velasco v. Amfels, Inc.; In The United States District Court for the Southern District of Texas, Brownsville Division (the "Lawsuit"). My husband does not read or speak the English language. I have reviewed and understood the Unsworn Declaration of Luis Velasco pursuant to 28 USC §1746 in the Lawsuit. I have, for my husband's benefit, fully and correctly orally translated into Spanish the contents of this Declaration, and my husband understands the contents of the Declaration. He agrees with all statements made in the Declaration, and he has signed it to indicate his agreement with its contents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of October, 2004.

_____
JANIE VELASCO