IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS VELASCO | § § § | |
| VS. | § § | CIV. NO. B-04-097 |
| | § § § | PURSUANT TO RULE 9(h) OF THE THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § | PROCEDURE – ADMIRALTY |

### ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ON THIS DATE came on to be heard Defendant, AMFELS, INC.'s Motion for Summary Judgment. The court, having considered Defendant's motion and Plaintiff's response thereto, finds that Defendant's motion is without merit. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant Amfels Inc.'s Motion for Summary Judgment is DENIED.

DONE on this ___ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE