United States District Court
Southern District of Texas
FILED

NOV 1 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| LUIS F. VELASCO | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Case Number: B-04-097 |
| | § | |
| AMFELS, INC. | § | |

### DEFENDANT AMFELS, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, **Amfels, Inc.** and makes this its reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

I.

Defendant Amfels, Inc. moved for summary judgment because Plaintiff Luis F. Velasco's claim is barred by § 905 of the Longshore & Harbor Workers' Compensation Act. The only argument raised by Plaintiff in his Response to the Motion for Summary Judgment is a futile attempt to argue that the facts do not unequivocally establish that Plaintiff was a borrowed servant of Amfels, Inc. In reply to plaintiff's attempt to confuse the facts, Amfels, Inc. would show the Court the following:

1. Plaintiff worked under the supervision of Ruben Santos and Guillermo Gomez, both Amfels' employees. *See affidavit of Ruben Santos, attached hereto as Exhibit "A."*

2. Plaintiff claims he was working for Alfredo Valdez Ordoñez, a/k/a Alfredo Valdez, an electrician, who was his supervisor. It is true that Valdez Ordoñez was an electrician. It is false, however, that Valdez Ordoñez was his supervisor.

*See Id.* The Plaintiff was an electrician's helper - and was the helper for Valdez Ordoñez, an electrician.

Consequently, the summary judgment proof demonstrates beyond a shadow of a doubt that Plaintiff Velasco was a borrowed servant of Amfels, Inc. and consequently, Amfels, Inc. is entitled to summary judgment.

                                                   Respectfully submitted,

By: _____
Keith N. Uhles
Texas Bar No. 20371100
Federal ID No. 1936
Sara Barrientes
Texas Bar No. 24040478
Federal ID No. 37134
**AMFELS, INC.**

Of COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel: (956) 542-4377
Fax: (956) 542-4370

## CERTIFICATE OF SERVICE

I hereby certify that on this ___19th___ day of November, 2004, a true and correct copy of the above and foregoing document has been forwarded, via **Facsimile and Certified Mail, return receipt requested,** to opposing counsel:

Hon. Anthony G. Buzbee/Hon. Joseph Jaworski
The Buzbee Law Firm, P.C.
1910 Ice Cold Storage Bldg
104 21st St.(Moody)
Galveston, Texas 77550-1617

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.