IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS F. VELASCO | § § | |
| VS. | § § | Case Number: B-04-097 |
| AMFELS, INC. | § | |

### AFFIDAVIT OF RUBEN SANTOS

**STATE OF TEXAS** § §
**COUNTY OF CAMERON** §

**BEFORE ME**, the undersigned authority, personally came and appeared **Ruben Santos**, who after being duly sworn, did depose and say:

1. "My name is Ruben Santos. I am over 18 years of age and I have personal knowledge and/or information and belief of the following facts, which are true and correct, and am competent and authorized to testify to the facts set forth herein:

2. I am a supervisor at Amfels, Inc. At all relevant times, I was the supervisor of Luis Velasco. Mr. Velasco only took work orders from Amfels personnel, in particular, Guillermo Gomez and myself. I told him what work to do and directed him to where he was to work at the Amfels ship yard on a daily basis. In all practical aspects, Mr. Velasco was treated the same as Amfels' direct employees.

3. Alfredo Valdez was an employee of leased-labor company APCI. He worked as an electrician for the benefit of Amfels, Inc. Mr. Valdez was not a supervisor. Mr. Velasco was Mr. Valdez's helper. I was Mr. Valdez' supervisor and I treated both Mr. Valdez and Mr. Velasco the same as Amfel employees who worked for me. Mr. Valdez did not have authority to control Mr. Velasco's work, to decide who he worked with, to decide what job he worked on or to fire or discipline Mr. Velasco.

51839:1128874.2:111604

EXHIBIT "A"

Further affiant sayeth naught."

_Ruben Santos._
Ruben Santos

**SUBSCRIBED AND SWORN TO BEFORE ME** on this the 17th day of November, 2004.

[Notary seal: FELIPE A SAINZ, My Commission Expires July 30, 2008]

Notary Public, State of Texas
My Commission Expires: 7-30-2008

## CERTIFICATE OF TRANSLATION

My name is _____, and I affirm that I translated, true and correctly, from English to Spanish, the above affidavit of Ruben Santos to him before he signed it on this the _____ day of **November, 2004**.

*Not Needed*