UNITED STATES DISTRICT COURT
For the Southern District of Texas

Luis F. Velasco

        Plaintiff

v.                              Case No.: 1:04−cv−00097
                                  Judge Andrew S. Hanen

AMFELS, INC.

        Defendant

**NOTICE OF SETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**     8/9/05

**TIME:**     01:30 PM

**TYPE OF PROCEEDING:**     Final Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   January 25, 2005

                                                                                 Michael N. Milby, Clerk