United States District Court
Southern District of Texas
FILED

APR 0 1 2005

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS VELASCO | § | |
| | § | |
| VS. | § | CIV. NO. B-04-097 |
| | § | |
| | § | PURSUANT TO RULE 9(h) OF |
| | § | THE FEDERAL RULES OF CIVIL |
| AMFELS, INC. | § | PROCEDURE – ADMIRALTY |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Pursuant to the Court's Docket Control Order, Plaintiff Luis Velasco designates the following

as expert witnesses expected to testify at the trial of this cause:

Kenneth G. McCoin, Ph.D.
7670 Woodway, Suite 171
Houston, Texas 77063
(713) 626-0144

Economist; Expected to testify as to Plaintiff's economic losses.  Report and CV will be
produced to opposing counsel.

Medical professionals, including Jorge Tijmes, M.D., and records custodians for:
Southern Bone & Joint Center
320 N. McColl, Building A
McAllen, Texas 78501
956-687-2032

Health care providers; expected to testify as to the care, treatment, diagnosis and prognosis of
Plaintiff.  Also will testify regarding injury causation and future and past medical expenses, and
necessity thereof.

Rio Grande Valley Imaging
Omni Pavillion
1900 Expressway 7785, Suite C-2
Brownsville, Texas 78521
956-546-8446

Health care provider; expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

1

Medical professionals, including Guillermo R. Pechero, M.D., and records custodians for:
Rio Grande Valley Orthopedic Center
1005 E. Nolana Loop
McAllen, Texas 78504
956-686-6510

Health care providers; expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

Medical professionals, including Juan Salazar Reyna, M.D., and records custodians for:
Hospital Reforma
Pasca de la Reforma, No. 28
Colonia San Francisco
H. Matamoros, Tam.
MEXICO

Health care providers; expected to testify as to the care, treatment, diagnosis and prognosis of Plaintiff.

Plaintiff also reserves the right to call at trial any of the following experts:

1) Any expert which has been or will be named by any party in any answer to interrogatory;

2) Any expert whose name appears on any documents which have been or will be produced by any party in response to request for production;

3) Any expert whose name is reflected in any document which has been or will be obtained through the use of a medical authorization;

4) Any expert whose name is reflected in any document which has been or will be submitted to the Court by Affidavit;

5) Any expert whose name is reflected in any document which has been or will be subpoenaed by any party;

6) Any expert whose name appears in the transcript of any deposition taken in this matter;

7) Any expert who is deposed in this lawsuit;

8) Any expert whose name is reflected in any document which has been or will be attached to the transcript of any deposition;

2

9) All other persons listed on answers to interrogatories filed by any party; and

10) All persons designated by any other party herein.


This Designation of Expert Witnesses in compliance with and pursuant to the Federal Rules of

Civil Procedure, and within the deadlines imposed by this Court.



Respectfully submitted,
**The BUZBEE Law Firm**

By: _____

JOSEPH JAWORSKI
State Bar No. 10593200
1910 Ice  & Cold Storage Building
104 21st (Moody)
Galveston, Texas 77550
409/762-5393
409/762-0538 (FAX)

ATTORNEYS FOR PLAINTIFF

**OF COUNSEL:**
The BUZBEE Law Firm
ANTHONY G. BUZBEE
State Bar No. 24001820

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was forwarded to all known counsel of record via certified mail, return receipt requested, on the 31 day of March, 2005, as follows:

*Via Facsimile (956) 542-4370*
Keith Uhles
Royston, Rayzor, Vickery & Williams
P.O. Box 3509
Brownsville, Texas 78523

Joseph S. Jaworski